# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00294-CV

### RTI Hot Mix, Ltd., Appellant

### v.

### John Yearwood and Priscilla Yearwood, Appellees

## FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 368TH JUDICIAL DISTRICT
## NO. 08-722-C368, HONORABLE BURT CARNES, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant RTI Hot Mix, Ltd. has filed Appellant's Unopposed Motion to Dismiss

Appeal. We grant the motion and dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1).

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Patterson and Henson

Dismissed on Appellant's Motion

Filed: September 21, 2010